IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**FRANK TRUNZO,**

   **Plaintiff,**

v.    3:13-CV-00467
   (JUDGE MARIANI)

**SERGEANT MICHAEL MAYER and THE CITY OF SCRANTON,**

   **Defendants.**

## ORDER

**AND NOW, THIS 30TH DAY OF MAY, 2014**, in accordance with the Court's Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion to Dismiss (Doc. 8) is **GRANTED**.

2. Plaintiff's Complaint (Doc. 1) (Counts I – VII) is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this Order to file an amended complaint.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge