IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FRANK TRUNZO, :
:
    Plaintiff, :
:
v. : 3:13-CV-00467
: (JUDGE MARIANI)
SERGEANT MICHAEL MAYER and :
THE CITY OF SCRANTON, :
:
    Defendants. :

## ORDER

**AND NOW, THIS 28TH DAY OF SEPTEMBER, 2015**, upon consideration of Defendants' Motion for Summary Judgment, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion for Summary Judgment (Doc. 40) is **GRANTED**.
2. Judgment is **HEREBY ENTERED** in favor of the Defendants.
3. Plaintiff's Motion in Limine (Doc. 51) is **DENIED AS MOOT**.
4. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge